

ORTIZ GUZMAN, PEDRO
A # 044477153
SOUTH TEXAS DETENTION COMPLEX
566 VETERANS DRIVE
P.O. BOX 1228, PEARSALL, TEXAS,
78061.

RE: <u>07 Civ. 10706 (LAP)</u>

**Greetings to you, Ms. Loretta A. Perska.**
Mrs Perska, the reason of this letter is to inform you that at this moment, I am detained at 566 Veterans Dr., Pearsall, Texas 78061, which is being operated by ICE to house Immigration detainees. **Please note** that Michael Mukasey is the Attorney General and Michael Chertoff is the Secretary of the Department Of Homeland security and Marc Moore is the U.S. Ice Field office Director for the San Antonio, Texas District office.

## **<u>PLEASE NOTE.</u>**

That ICE is trying to deport me as soon as possible because they know that I have a case against the New York City and they know that I have 99% chance of winning it. And they are trying to prevent me from going to trial or from talking to you. Therefore, I am asking you with all due respect if you can have me moved to the city of New York. That way I can be close to my case, and also I would like to have a change of venue. Ms Perska, if you can only call Mr. Michael Mukasey which is the Attorney General to hold on to my deportation till I finish my trial, or

get a hold of my attorney, so therefore I am asking you if you can help me on this matter.

**I will be waiting for your response very anxiously, and I thank you in advance for your time and assistance.**

Very truly yours,

5/6/08

Juanita M. Burell

[Notary stamp: JUANITA M. BURELL, Notary Public, State of Texas, My Commission Expires JUNE 02, 2010]

The Court is not able to effect deportation under these circumstances.

May 13, 2008

So ordered
Loretta A Preska
USDJ