MAILED TO COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PEDRO ORTIZ,

          Plaintiff,

   v.

NEW YORK CITY, et al.,

          Defendants.
------------------------------------------------------X

07 CV 10706 (LAP) (JCF)

ORDER OF DISMISSAL

LORETTA A. PRESKA, United States District Judge:

    The Court's records in this action disclose that a complaint was filed on November 30, 2007. On May 2, 2008, Magistrate Francis issued a Report and Recommendation that the action should be dismissed in its entirety. The parties were given ten days to file written objections to the Report and Recommendation. Having received no objections and finding Judge Francis' decision to be correct and appropriate upon de novo review, see Fed. R. Civ. P. 72(b), his Report and Recommendation is hereby adopted.

    The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

Dated: July 1, 2008

_____
LORETTA A. PRESKA, U.S.D.J.

Orderacceptrr4