MAILED TO COUNSEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

PEDRO ORTIZ,

            Plaintiff,

v.

NEW YORK CITY, et al.,

           Defendants.

------------------------------------------------------X

07 CV 10706 (LAP) (JCF)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

LORETTA A. PRESKA, United States District Judge:

    It is hereby ordered that the Order dated July 1, 2008 be vacated and the action be reopened.

SO ORDERED:

Dated: July 2, 2008

                                                                               LORETTA A. PRESKA, U.S.D.J.

Ordervacate72