```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :
PEDRO ORTIZ,                        :     07 Civ. 10706 (LAP) (JCF)
                                    :
              Plaintiff,            :            ORDER
                                    :
        v.                          :
                                    :
NEW YORK CITY, et al.,              :
                                    :
              Defendants.           :
                                    :
- - - - - - - - - - - - - - - - - -X

LORETTA A. PRESKA, U.S.D.J.

    On December 10, 2008, Magistrate Judge Francis issued a Report and Recommendation dismissing this action due to Plaintiff's failure to prosecute and to comply with a Court Order. Objections to that Report and Recommendation were due on December 24, 2008. Having received no objections and finding Judge Francis's decision to be correct and appropriate upon de novo review, see Fed. R. Civ. P. 72(b), his Report and Recommendation is hereby ADOPTED. The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

DATED:    New York, New York
          June 26, 2009

                                        /s/ Loretta A. Preska
                                        LORETTA A. PRESKA, U.S.D.J.